SCHEDULE A
MDL No. 2835 - IN RE: IRON OAK TECHNOLOGIES, LLC, PATENT LITIGATION
District of Delaware
IRON OAK TECHNOLOGIES, LLC v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 1:17-01153
Eastern District of Texas
IRON OAK TECHNOLOGIES, LLC v. HUAWEI DEVICE USA, INC., ET AL., C.A. No. 2:17-00744
Northern District of Texas
IRON OAK TECHNOLOGIES, LLC v. FUJITSU AMERICA, INC., ET AL., C.A. No. 3:16-03319
IRON OAK TECHNOLOGIES, LLC v. TOSHIBA AMERICA, INC., ET AL., C.A. No. 3:16-03320
IRON OAK TECHNOLOGIES, LLC v. ASUSTEK COMPUTER, INC., C.A. No. 3:16-03322
IRON OAK TECHNOLOGIES, LLC v. SAMSUNG ELECTRONICS AMERICA, INC., ET AL., C.A. No. 3:17-01259
IRON OAK TECHNOLOGIES, LLC v. SHARP ELECTRONICS CORPORATION, ET AL., C.A. No. 3:17-02699
IRON OAK TECHNOLOGIES, LLC v. ZTE CORPORATION, ET AL., C.A. No. 3:17-03112
MICROSOFT CORPORATION v. IRON OAK TECHNOLOGIES, LLC, C.A. No. 3:18-00222
*1374 Western District of Texas
IRON OAK TECHNOLOGIES, LLC v. DELL INC., C.A. No. 1:17-00999
IRON OAK TECHNOLOGIES, LLC v. HP INC., C.A. No. 1:17-01068
IRON OAK TECHNOLOGIES, LLC v. ACER AMERICA CORPORATION, ET AL., C.A. No. 6:17-00143